# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| Scottsdale Insurance Company | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-1001 |
| Geebo, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Geebo, LLC and James W. Pappas.

Date: 02/03/2022

s/Christopher M. Meuler
*Attorney's signature*

Christopher M. Meuler, SBN 1037971
*Printed name and bar number*

Meuler Law, LLC
10425 W. North Avenue
Suite 350
Wauwatosa, WI  53226
*Address*

chris@meulerlaw.com
*E-mail address*

(414) 305-7029
*Telephone number*

*FAX number*