THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

Case No. 21-cv-1001

v.

GEEBO, LLC, JAMES W. PAPPAS, and the
ESTATE OF ATKEEM ATKINSON.

    Defendants.

---

## DISCLOSURE STATEMENT OF DEFENDANTS GEEBO, LLC
## AND JAMES W. PAPPAS

---

The undersigned, counsel of record for Defendants Geebo, LLC and James W. Pappas, furnishes the following list in compliance with Civil L.R. 7.1 and Fed.R.Civ.P. 7.1:

**(1)** The full name of every party or amicus the attorney represents in the action:

    **Geebo, LLC and James W. Pappas.**

**(2)** If such party or amicus is a corporation:

    **Defendant Geebo is a Wisconsin limited liability company.**
    **Defendant James Pappas is an individual.**

**(3)** The names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

    **Meuler Law, LLC**
    **10425 W. North Avenue, Suite 350**
    **Wauwatosa, WI  53226**

Respectfully submitted this 4th day of February, 2022.

                                *s/Christopher M. Meuler*
                                Christopher M. Meuler (WI SBN: 1037971)
                                Meuler Law, LLC.
                                10425 W. North Avenue, Suite 350
                                Wauwatosa, WI 53226
                                T: 414-305-7029
                                E: chris@meulerlaw.com

                                *Attorneys for Defendants Geebo, LLC and James W. Pappas*