THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>GEEBO, LLC, JAMES W. PAPPAS, and<br>FRANKIE OVANDO as Special Administrator<br>for the Estate of Atkeem Stevenson,<br><br>        Defendants. | Case No. 21-cv-1001-bhl |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE FRCP 16(b) TELEPHONIC SCHEDULING CONFERENCE SET FOR JUNE 16, 2022**

1. Pursuant to the Court's May 5, 2022 Text Order, the Rule 16(b) Telephone Scheduling Conference is currently scheduled for June 16, 2022. Dkt. #12.

2. Frankie Ovando as Special Administrator for the Estate of Atkeem Stevenson ("Stevenson") accepted a waiver of the service of summons on June 8, 2022. Dkt. #17.

3. Stevenson is expected to appear and answer the amended complaint within the next two weeks. Stevenson's answer to the amended complaint is essential to the preparation of the Rule 26(f) report. Absent Stevenson's participation, a scheduling conference in this case would be incomplete and would need to be revisited once Stevenson appears and answers the amended complaint.

4. Plaintiff respectfully requests this Court continue the Rule 16(b) Telephone Scheduling Conference for 30 days.

5. Defendants Geebo, LLC and James W. Pappas do not oppose this motion.

WHEREFORE, Plaintiff, Scottsdale Insurance Company respectfully requests this Court continue the Rule 16(b) Telephone Scheduling Conference for 30 days, and any other further relief this Court deems just and proper.

DATED: June 13, 2022          Respectfully submitted,

                                              **FREEMAN MATHIS & GARY, LLP**

                                              By: /s/Jonathan L. Schwartz
                                              One of the Attorneys for Scottsdale Insurance Company

Jonathan L. Schwartz (WI Bar #1099546)
Freeman Mathis & Gary, LLP
111 W. Jackson Blvd., Ste. 1700
Chicago, IL 60604
Tel: (773) 389-6440
jonathan.schwartz@fmglaw.com