UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        v.        Case No. 21-cv-1001-bhl

GEEBO, LLC, et al.,

        Defendants.

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

**IT IS HEREBY ORDERED, DECLARED, AND ADJUDGED** that (1) Scottsdale Insurance's duty to defend and/or indemnify Defendants Geebo, LLC and Thomas Gochis arises under the Assault and Battery Endorsement; (2) the assault and/or battery committed by Rakayo Vinson on April 17 or April 18, 2021 was one "event" under the Assault and Battery Endorsement, limiting Scottsdale's duty to indemnify to $25,000; and (3) Scottsdale has no duty to defend or indemnify James Pappas under the Assault and Battery Endorsement, as set forth in the Court's Summary Judgment Order, (ECF No. 111). Scottsdale's claim for enforcement of the settlement agreement with the Estate of Atkeem Stevenson is denied. All remaining counterclaims and crossclaims are dismissed without prejudice.

Approved and Dated at Milwaukee, Wisconsin on February 12, 2025.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge

        GINA M. COLLETTI
        Clerk of Court

        s/ *Julie D.*
        (By) Deputy Clerk